UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ROCKIES EXPRESS PIPELINE, LLC, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:08-cv-0751-RLY-TAB |
| | ) | |
| 123.62 ACRES, et al., | ) | |
| Defendants. | ) | |

**ORDER ON DEFENDANTS ARVIN M. AND MARY L. HOPKINS' MOTION TO CERTIFY ORDER AS A FINAL JUDGMENT OR, ALTERNATIVELY, TO EXTEND THE TIME TO FILE NOTICE OF APPEAL**

Defendants, Arvin M. and Mary L. Hopkins (the "Hopkins"), move to certify the court's May 11, 2011 Condemnation Order as a final, appealable judgment pursuant to Federal Rule of Civil Procedure 54(b). Alternatively, the Hopkins move the court to extend the time within which they have to appeal the court's May 11, 2011 Condemnation Order for thirty (30) days pursuant to Federal Rule of Appellate Procedure 4(a)(5).

There are three tracts of land remaining in this litigation; those owned by Defendant J.W. Jones Materials, LLC ("J.W. Jones"), Defendant Donald Bates ("Bates"), and Defendant Sandra Ritz[1] ("Ritz"). The court finds that there may be issues of law and fact between the Commission proceedings involving the tract owned by the Hopkins and

---

[1] The docket reflects that Ritz settled her claim on July 8, 2011; however, she has not filed a Stipulation of Dismissal with the court as of this date. (*See* Docket ## 873, 892).

those involving the tracts owned by J.W. Jones, Bates, and Ritz, particularly with regard to the formula utilized to determine the just compensation to be paid by Rockies Express Pipeline, LLC, to the landowners as a result of the condemnation of the Right-Of-Way Servitudes across their respective tracts of land. Accordingly, the court **DENIES** the Hopkins' motion to certify the court's May 11, 2011 Condemnation Order as a final, appealable judgment, and their alternative motion to extend the time within which they have to appeal the court's May 11, 2011 Condemnation Order (Docket # 866) is **DENIED** as **MOOT**.

**SO ORDERED** this  24th   day of August 2011.

_____
RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

Electronic Copies to:

Patrick C. Badell
BADELL & WILSON
bwlaw@bwlawoffice.com

Bruce D. Brattain
BRATTAIN & MINNIX
batmi5@aol.com

Abigail B. Cella
ICE MILLER LLP
abby.cella@icemiller.com

Ronald Grant DeWaard
VARNUM RIDDERING SCHMIDT & HOWLETT
rgdewaard@varnumlaw.com

Mario Garcia
BRATTAIN & MINNIX
mgarcia@brattainminnix.com

Joseph M. Hendel
HACKMAN HULETT & CRACRAFT LLP
jhendel@hhclaw.com

Andrea L. Hermer
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
ahermer@beneschlaw.com

Robert Srader Hulett
HACKMAN HULETT & CRACRAFT LLP
rhulett@hhclaw.com

Philip B. McKiernan
HACKMAN HULETT & CRACRAFT, LLP
pmckiernan@hhclaw.com

H. Wayne Phears
McGuireWoods LLP
wphears@mcguirewoods.com

Anthony Seaton Ridolfo Jr.
HACKMAN HULETT & CRACRAFT LLP
aridolfo@hhclaw.com

Jessica Erin Routley
AZO SERVICES INC.
JRoutley@azoservices.com

Philip David Sever
SEVER STOREY LLP
Phil@severstorey.com

Scott Roger Sikkenga
VARNUM RIDDERING SCHMIDT & HOWLETT LLP
srsikkenga@varnumlaw.com

Tonny D. Storey
SEVER STOREY LLP
tonny@severstorey.com

Daniel Steven Tomson
MERCER BELANGER
dtomson@indylegal.com

Mark R. Waterfill
BENESCH, FRIEDLANDER, COPLAN, & ARONOFF, LLP
mwaterfill@beneschlaw.com

Zeff A. Weiss
ICE MILLER LLP
weiss@icemiller.com

Ronald L. Wilson
BADELL & WILSON
bwlaw@bwlawoffice.com